| | |
|---|---|
| JUNG NYEO LEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> INSURANCE CORPORATION OF BRITISH COLUMBIA, <br><br> Defendant. | NO. C16-0084RSL <br><br> ORDER REGARDING ICBC'S MOTION TO FILE OVER-LENGTH BRIEF REGARDING MOTION TO DISMISS |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

THIS MATTER came before the court on "Defendant ICBC's Motion to File Over-Length Brief Regarding Motion to Dismss." Dkt. # 20. The underlying motion to dismiss was filed on the same day as the motion for leave to file an over-length brief, contrary to the requirements of LCR 7(f)(1).

The Court will accept the over-length motion but provide plaintiffs the full allotment of time in which to respond to the issues raised. The Clerk of Court is directed to renote the motion to dismiss (Dkt. # 21) on the Court's calendar for Friday, May 26, 2017. Pursuant to LCR 7(f)(4), the opposition memorandum may be up to thirty-six pages in length and the reply shall not exceed eighteen pages.

ORDER REGARDING ICBC'S MOTION TO FILE
OVERLENGTH BRIEF REGARDING MOTION TO
DISMISS – Page 1

Dated this 24th day of April, 2017.

_____
Robert S. Lasnik
United States District Judge

ORDER REGARDING ICBC'S MOTION TO FILE
OVERLENGTH BRIEF REGARDING MOTION TO
DISMISS – Page 2