UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUNG NYEO LEE, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> INSURANCE CORPORATION OF <br> BRITISH COLUMBIA, <br><br> Defendant. | No. C16-0084RSL <br><br> ORDER GRANTING LEAVE TO <br> AMEND COMPLAINT |

This matter comes before the Court on plaintiffs' unopposed "Motion for Leave to File Amended Complaint." Dkt. # 24. Plaintiffs' motion is GRANTED. Within seven days of this Order, plaintiffs shall file and serve an amended complaint substantially in the form of Exhibit A (Dkt. # 24-1).

Dated this 20th day of June, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO
AMEND COMPLAINT